UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SYLINIA JACKSON, *on behalf of herself and* :
*all other persons similarly situated*, :
:
                         Plaintiffs,   :       23-CV-1262 (VSB)
:
            -against-            :          **ORDER**
:
BRASS AND BURL, INC., :
:
                         Defendant. :
:
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on February 14, 2023, (Doc. 1), and filed an affidavit of service on April 18, 2023, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was May 3, 2023. (*See* Doc. 6.) On May 2, 2023, Defendant requested an extension of time until May 24, 2023 to respond to Plaintiff's complaint. (Doc. 9.) On May 4, 2023, I granted that request. (Doc. 10.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 8, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 25, 2023
             New York, New York

                                                          _____
                                                            VERNON S. BRODERICK
                                                            United States District Judge